UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF:

GREGORY D. ABNER           CASE NUMBER:    04-13601
SSN: xxx-xx-3657           CHAPTER 13
Debtor

---

## NOTICE TO BTA AUTO SALES THAT $600.32 HAS BEEN DEPOSITED INTO THE COURT'S UNCLAIMED FUND ACCOUNT IN TREASURY FUND #6047BK

---

Comes now Debra L. Miller, Standing Chapter 13 Trustee, and gives notice to BTA Auto Sales, creditor herein, and deposits $600.32 into the Court Clerk's Unclaimed Funds Account in Treasury Account #6047BK.

1. That the last known address for BTA Auto Sales was:

   57962 State Road 19
   Elkhart, Indiana 46517

2. That several of the Standing Chapter 13 Trustee's disbursement checks have been returned with a "Forwarding Order Expired" stamped on the front of the envelope by the Postmaster;

3. Subsequent attempts to locate this creditor were fruitless;

4. That any objections to said Deposit should be made in writing with the Court Clerk.

Dated: August 18, 2010

/s/ Debra L. Miller, Trustee
Debra L. Miller, Trustee
P.O. Box 11550
South Bend, IN 46634
(574) 251-1493

# CERTIFICATE OF SERVICE

I hereby certify that a copy of this Notice was served as follows on  August 18, 2010

By U.S. Mail postage prepaid
Debtor: Gregory D. Abner, 9215 W. 450 N., Cromwell, IN 46732
Creditor:  BTA Auto Sales, 57962 State Road 19, Elkhart, Indiana 46517

By electronic mail via CM/ECF:

Debtor's Attorney: Frederick W. Wehrwein
U.S. Trustee:  ustregion10.so.efc@usdoj.gov

/s/ Harriette M. King
Harriette M. King