UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF:

GREGORY D. ABNER  
SSN: xxx-xx-3582  
Debtor

CASE NUMBER:    04-13601  
CHAPTER 13

---

**NOTICE TO GREGORY D. ABNER THAT $44.11 HAS BEEN DEPOSITED INTO THE COURT'S UNCLAIMED FUND ACCOUNT IN TREASURY FUND #6047BK**

---

Comes now Debra L. Miller, Standing Chapter 13 Trustee, and gives notice to Gregory D. Abner, debtor herein, and deposits $44.11 into the Court Clerk's Unclaimed Funds Account in Treasury Account #6047BK.

1. That the debtor was discharged on July 30, 2010 and the case is in the process of closing.

2. That the last known address for Gregrory D. Abner was:

   9215 W. 450 N.
   Cromwell, IN 46732

3. That the debtor did not cash the Trustee's disbursement check number 688964, dated March 31, 2011 in the amount of $44.11, and it has been voided.

4. That the Trustee has previously voided checks sent to the debtor for this payment because they were not cashed and had expired.

5. That one of the checks was sent in care of the debtor's attorney and was not cashed and had to be voided because it expired.

6. That any objections to said Deposit should be made in writing with the Court Clerk.

Dated:   September 20, 2011

/s/ Debra L. Miller  
Debra L. Miller, Trustee  
P.O. Box 11550  
South Bend, IN 46634  
(574) 251-1493

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Notice was served as follows on  September 20, 2011

By U.S. Mail postage prepaid
Debtor: Gregory D. Abner, 9215 W. 450 N., Cromwell, IN 46732

By electronic mail via CM/ECF:
Debtor's Attorney: Frederick W. Wehrwein
U.S. Trustee: ustregion10.so.efc@usdoj.gov

/s/ Harriette M. King
Harriette M. King